UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff

                                      DECISION and ORDER

-vs-

                                      11-CR-6083

ROBERT W. MORAN

                Defendant
_____

      This case was referred by text order of the undersigned, entered May 2, 2011, ECF No. 2, to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On July 15, 2011, Defendant filed an omnibus motion, ECF No. 52, seeking *inter alia* suppression of of a photographic identification On February 6, 2012, Magistrate Judge Payson filed a Report and Recommendation ("R&R"), ECF No. 115, recommending that the Court deny Defendant's motion to suppress. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

      Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, Defendant's application to suppress the photographic identification is denied.

      IT IS SO ORDERED.

Dated: Rochester, New York
       March 8, 2012

                    ENTER:

                                              */s/ Charles J. Siragusa*
                                              CHARLES J. SIRAGUSA
                                              United States District Judge