UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff

                              DECISION and ORDER

-vs-                                        11-CR-6083

RICHARD W. MAR

                Defendant
_____

      This case was referred by text order of the undersigned, entered May 2, 2011, ECF No. 2, to Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On June 11, 2012, Defendant filed an omnibus motion, ECF No. 201, seeking *inter alia* suppression of evidence of a photographic identification procedure. On August 9, 2012 Magistrate Judge Payson filed a Report and Recommendation ("R&R"), ECF No. 250, recommending that the Court deny Defendant's motion to suppress. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

      Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, Defendant's application to suppress evidence of a photographic identification procedure is denied.

      IT IS SO ORDERED.

Dated: Rochester, New York
       September 26, 2012

                ENTER:

                                          */s/ Charles J. Siragusa*
                                          CHARLES J. SIRAGUSA
                                          United States District Judge